IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY BARRON,** | 2:11-cv-02678 JAM AC P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendant Alcaraz's motion for protective order nunc pro tunc relieving him of his obligation to respond to Plaintiff's requests for discovery, served on June 9, 2014, is GRANTED. All discovery shall be stayed until the Court rules on Defendant Alcaraz's motion for summary judgment for failure to exhaust.

DATED: August 4, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:11-cv-02678 JAM AC P)