UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUL BARRON, | No. 2:11-cv-2678 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ALCARAZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 69. Plaintiff has filed objections to the findings and recommendations. ECF No. 70.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2015, are adopted in full.

2. The motion for summary judgment filed by defendant Alcaraz, ECF No. 41, premised on plaintiff's alleged failure to exhaust his administrative remedies, is granted.

3. The motion for summary judgment filed by defendants Whitfield, Swarthout and Cate, ECF No. 62, premised on plaintiff's alleged failure to exhaust his administrative remedies, is granted as to defendants Swarthout and Cate, and denied as to defendant Whitfield.

4. Plaintiff's claims against defendants Alcaraz, Swarthout and Cate are dismissed without prejudice.

5. This action shall proceed only on plaintiff's First Amendment retaliation claim against defendant Whitfield.

DATED: June 9, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE