UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUL BARRON, | No. 2:11-cv-2678 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ALCARAZ, et al., | |
| Defendants. | |

Presently pending in this prisoner civil rights action is plaintiff's motion to compel discovery and for sanctions. ECF No. 77. Sole remaining defendant J. Whitfield has filed an opposition to the motion, ECF No. 80, and plaintiff has filed a reply, ECF No. 81. Pending the court's review of these matters, the January 29, 2016 deadline for filing dispositive motions in this action, see ECF No. 74, is vacated. No dispositive motions shall be filed until the court has resolved the pending discovery matters, at which time the court will set a new motion deadline.

Accordingly, IT IS HEREBY ORDERED that the January 29, 2016 deadline for filing dispositive motions in this action is vacated until further order of this court.

DATED: January 5, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE