UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUL BARRON, | No. 2:11-cv-2678 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. ALCARAZ, et al., | |
| Defendants. | |

Plaintiff Barron is a former state prisoner pursuing this civil rights action against sole defendant Correctional Officer Whitfield. On September 16, 2016, plaintiff notified the court that he was released from prison and resides in San Jose, California. Currently pending is defendant Whitfield's request that this action now proceed without application of Local Rule 230(l) which, inter alia, provides that motions in prisoner cases shall be decided on the papers without oral argument. Defendant seeks to schedule an oral argument before this court on his anticipated motion for summary judgment.

For good cause shown, the court will grant defendant's request. If plaintiff would have difficulty appearing in person for oral argument, he may, after defendant notices a date for hearing, request to appear telephonically by contacting the undersigned's Courtroom Deputy Clerk, Valerie Callen, at 916-930-4199.

////

Accordingly, IT IS HEREBY ORDERED that defendant's request this action proceed without application of Local Rule 230(l), ECF No. 99, is granted. The parties shall notice, file, serve and brief their dispositive motions in accordance with the deadlines and requirements set forth in Local Rule 230(b)-(h). The parties are informed that an unexcused failure to appear at a scheduled hearing, either in person or telephonically if permission has been granted, "may be deemed withdrawal of the motion or of opposition to the motion, in the discretion of the Court, or may result in the imposition of sanctions." Local Rule 230(i).

DATED: November 28, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE