UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAUL BARRON, | No. 2:11-cv-2678 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. WHITFIELD, | |
| Defendant.[1] | |

This court is in the process of reviewing the parties' briefing in support of their cross-motions for summary judgment, scheduled for hearing before the undersigned on January 18, 2017, at 10:00 a.m., in Courtroom No. 25. The parties' respective replies are due Wednesday, January 11, 2010. To date, it appears that plaintiff alone has addressed the substantive decision issued in this case on March 12, 2013, by District Judge John A. Mendez. See ECF No. 29. Defendant's counsel is directed to address the impact of Judge Mendez' analysis to the issues remaining in this case, viz., the questions of custodial interrogation and retaliation. Defendant is granted extended time to file and serve his reply (or supplemental reply, if necessary), to this Friday, January 13, 2017, by 12:00 p.m. (noon). No further response is required or expected from plaintiff.

---

[1] Because defendant J. Whitfield is the sole remaining defendant in this action, this case will be renamed accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall, on or before Friday, January 13, 2017, at 12:00 p.m. (noon), file and serve a statement (set forth in defendant's reply or a supplemental reply) that addresses the impact of Judge Mendez' assessments of plaintiff's claims of custodial interrogation and retaliation on the merits of the pending motions for summary judgment.

2. The Clerk of Court is directed to rename this case to indicate that defendant J. Whitfield is the sole remaining defendant.

SO ORDERED.

DATED: January 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE